NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LISA TORRES 562.596.4144
7940 Bright Ave #G
Whitter, CA 90602



ATTORNEY(S) FOR:  IN PRO SE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| AUSTIN FAMILY VENTURES, LP; 7940 BRIGHT AVE, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>LISA TORRES, JEFF TORRES DOES 1 TO 10<br><br>Defendant(s) | CASE NUMBER:<br>CV15-04278-PSG(Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| --- | --- |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                LISA TORRES,  IN PRO SE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| AUSTIN FAMILY VENTURES, LP; 7940 BRIGHT AVE, LLC<br>David S. Schonfeld, Esq 714.871.9004<br>801 E. Chapman Ave, Suite 214<br>Fullerton, CA 92831 | LANDLORD |
| LISA TORRES, JEFF TORRES DOES 1 TO 10 | TENANT |

06 - 08 - 2015
Date

Signature

Attorney of record for (or name of party appearing in pro per):

LISA TORRES,  IN PRO SE

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES