Lisa Torres  562.596.4144
7940 Bright Ave. #G
Whittier, CA, 90602
Defendant, In Pro Se



FILED
CLERK, U.S. DISTRICT COURT

JUN - 8 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Austin Family Ventures, LP; 7940
Bright Ave. LLC

PLAINTIFF/PETITIONER,

v.

Lisa Torres, Jeff Torres Does 1 to 10

DEFENDANT(S).

**CASE NUMBER**

**CV15-04278**

**REQUEST TO PROCEED
IN FORMA PAUPERIS WITH
DECLARATION IN SUPPORT**

I, _____Lisa Torres_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1.  Are you presently employed? ☐Yes ☒No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____December 23, 2014_____ $ 1260.00

2.  Have you received, *within the past twelve months*, any money from any of the following sources?

    a.  Business, profession or form of self-employment?   ☐Yes ☒No
    b.  Rent payments, interest or dividends?   ☐Yes ☒No
    c.  Pensions, annuities or life insurance payments?   ☐Yes ☒No
    d.  Gifts or inheritances?   ☐Yes ☒No
    e.  Any other income (other than listed above)?   ☐Yes ☒No
    f.  Loans?   ☐Yes ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each

    source during the past twelve (12) months: _____

_____

3.  Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes  ☒No

    If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes  ☒No

    If the answer is yes, describe the property and state its approximate value: _____

    _____

5.  In what year did you last file an Income Tax return? _____ 2013 _____

    Approximately how much income did your last tax return reflect? _____ $15,000 _____

6.  List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

    _____

    _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____ California _____           _____ Los Angeles _____
          State                            County (or City)

I, _____ Lisa Torres _____, declare under penalty of perjury that the foregoing is true and correct.

_____ 06 · 03 - 2015 _____           _____ Lisa Torres _____
          Date                        Plaintiff/Petitioner (Signature)

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**