E-FILED 6/12/15

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| AUSTIN FAMILY VENTURES, LP; 7940 BRIGHT AVE., LLC, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 154278-PSG(Ex) |
| v. | |
| LISA TORRES, JEFF TORRES, DOES 1 to 10, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                                  United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous          ☐ Immunity as to _____

☐ Other: _____

Comments: *See "Order" Remanding Case to State Court"*

_6/10/15_          _____
Date                                                  United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby:          ☐ DISMISSED.          ☒ REMANDED.

6/12/15          _____
Date                                                  United States District Judge

CV-73 (01/15)          ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*