

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

June 12, 2015

  Los Angeles County Superior Court
  12720 Norwalk Boulevard
  Norwalk, CA 90650

Re:  Case Number: _____2:15–cv–04278–PSG–E_____
     Previously Superior Court Case No. _____15UN1393_____
     Case Name: _____AUSTIN FAMILY VENTURES LP ET AL V. LISA TORRES ET AL_____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on _____6/12/15_____, the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

                                    Respectfully,

                                    Clerk, U.S. District Court

                                    By: _/s/ Benjamin Moss_
                                        Deputy Clerk
                                        213
                                        Western Division

*cc: Counsel of record*

_____

Receipt is acknowledged of the documents described herein.

                                    Clerk, Superior Court

_____       By: _____
Date                                     Deputy Clerk

CV–103 (09/08)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)