

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

June 12, 2015

FILED
CLERK, U.S. DISTRICT COURT

**JUN 24 2015**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Los Angeles County Superior Court
12720 Norwalk Boulevard
Norwalk, CA 90650

Re:  Case Number: _____2:15–cv–04278–PSG–E_____
      Previously Superior Court Case No. _____15UN1393_____
      Case Name: _____AUSTIN FAMILY VENTURES LP ET AL V. LISA TORRES ET AL_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____6/12/15_____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: _/s/ Benjamin Moss_
Deputy Clerk
213
Western Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

**SHERRI R. CARTER**

Clerk, Superior Court

By: _____
Deputy Clerk

E. CHANES

JUN 17 2015
Date

CV-103 (09/08)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)